# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JUAN VILLANUEVA-MORALES,

    Defendant.

CASE NO. CR18-98 JLR

DETENTION ORDER

<u>Offense charged</u>:    Illegal Reentry after Deportation

<u>Date of Detention Hearing</u>:    April 23, 2018.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant is reportedly a citizen of Mexico.

2. The United States alleges that his presence in this country is illegal. There is

DETENTION ORDER
PAGE -1

an immigration detainer pending against him. Defendant is associated with several alias names and three different dates of birth. His criminal record includes four prior misdemeanor illegal entry convictions (pled down from felonies) and a conviction for providing a false identification to peace officers. Three of defendant's convictions were under an alias name.

3. Defendant poses a risk of nonappearance due to lack of status, a pending immigration detainer, prior immigration related offenses that were originally charged as felonies, and association with alias names and dates of birth. Defendant poses a risk of danger due to criminal history. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained and committed to the custody of the Attorney General for confinement in a correction facility. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

2. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

3. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

/ / /

01       DATED this 23rd day of April, 2018.

                                           _____
                                           Mary Alice Theiler
                                           United States Magistrate Judge

DETENTION ORDER
PAGE -3