THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-098-JLR |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ ORDER GRANTING MOTION TO WAIVE THE PRESENTENCE INVESTIGATION AND REPORT AND FOR AN EXPEDITED SENTENCING DATE |
| JUAN VILLANUEVA-MORALES, | |
| Defendant. | |

The Court has considered the Defendant's motion to waive the presentence investigation and report and finds that such a waiver pursuant to Rule 32 of the Federal Rules of Criminal Procedure would serve the ends of justice and outweigh the best interests of the public and the defendant for purposes of sentencing.

IT IS HEREBY ORDERED that no presentence investigation or report will be required in this case; and

IT IS HEREBY ORDERED that the sentencing date in this matter shall be moved from July 23, 2018, to June 11, 2018 at 9:30 AM.

DATED this 8th day of May, 2018.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Attorney for Juan Villanueva-Morales

ORDER TO WAIVE THE PRESENTENCE
INVESTIGATION AND REPORT AND FOR AN
EXPEDITED SENTENCING DATE
(*Juan Villanueva-Morales*, CR18-098-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100